No. 1035. MISSOURI, KANSAS & TEXAS RAILWAY COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* L. E. GOOD-

RICH. In error to the Court of Civil Appeals for the Fifth Supreme Judicial District of the State of Texas. Motion to dismiss or affirm submitted April 21, 1913. Decided May 5, 1913. *Per Curiam.* Dismissed for the want of jurisdiction, upon the authority of *York* v. *Texas,* 137 U. S. 15; *Kauffman* v. *Wootters,* 138 U. S. 285. *Mr. Jos. M. Bryson, Mr. Alex. S. Coke,* and *Mr. Aldis B. Browne* for the plaintiff in error. *Mr. J. A. L. Wolfe* for the defendant in error.